PUNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT R. ANDERSON,<br>and ROSAND ENTERPRISES, INC.<br><br>Defendants. | Civil Action No. 10-cv-6420<br><br>Hon. Milton I. Shadur |

### SECURITIES AND EXCHANGE COMMISSION'S
### MOTION FOR THE ENTRY OF PARTIAL FINAL JUDGMENT

The Securities and Exchange Commission respectfully moves this Court for the entry of Judgment as to Robert Roy Anderson, and for the entry of Judgment as to Rosand Enterprises, Inc. In support thereof, the Commission states as follows:

1. On January 18, 2011, Defendant Robert Anderson signed the Consent of Defendant Robert Roy Anderson, an executed copy of which is attached hereto as Exhibit 1. On January 18, 2011, Defendant Robert Anderson also signed the Consent of Defendant Rosand Enterprises, Inc., an executed copy of which is attached as Exhibit 3.

2. In the Consents, Defendants Robert Anderson and Rosand Enterprises, Inc. agreed to the entry of partial final judgment against them. Among other things, Defendants agreed to the issuance of an injunction restraining them from violating the federal securities laws. *See* Consent of Defendant Robert Roy Anderson, at ¶ 2; Consent of Defendant Rosand Enterprises, Inc., at ¶ 2. Defendants also agreed that the Court shall order disgorgement of ill-gotten gains and prejudgment interest thereon – as well as a

civil penalty, for Mr. Anderson only – and agreed that "the amounts of the disgorgement and civil penalty shall be determined by the Court." *See* Consent of Defendant Robert Roy Anderson, at ¶ 3; *see also* Consent of Defendant Rosand Enterprises, Inc., at ¶ 3.

3. Exhibit 2 to this Motion is the agreed-upon Judgment as to Robert Roy Anderson. Exhibit 4 to this Motion is the agreed-upon Judgment as to Rosand Enterprises, Inc.

WHEREFORE, the Securities and Exchange Commission respectfully moves this Court to enter the proposed Judgment as to Robert Roy Anderson, and the Judgment as to Rosand Enterprises, Inc.

Respectfully submitted,

DATED: February 11, 2011
/s/   Steven C. Seeger
Justin Delfino
Steven L. Klawans
Steven C. Seeger
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
175 West Jackson Boulevard, Suite 900
Chicago, IL  60604
Telephone: (312) 353-1821 (Delfino)
Telephone: (312) 886-1738 (Klawans)
Telephone: (312) 886-2247 (Seeger)
Facsimile:  (312) 353-7398
E-mail: delfinoj@sec.gov
E-mail: KlawansS@sec.gov
E-mail: seegers@sec.gov

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 11, 2011, a copy of the foregoing Securities and Exchange Commission's Motion for the Entry of Partial Final Judgment was served upon the following individual through the ECF system, and by e-mail delivery:

>Philip A. Igoe
>The Igoe Law Firm, Ltd.
>221 N. LaSalle St., Suite 655
>Chicago, IL 60601
>
>*Counsel for Defendants Robert R. Anderson and Rosand Enterprises, Inc.*

>/s/ Steven C. Seeger
>Steven C. Seeger
>U.S. Securities and Exchange Commission
>175 West Jackson Boulevard, Suite 900
>Chicago, Illinois 60604
>Telephone: (312) 353-7435
>Facsimile: (312) 353-7398
>E-mail: SeegerS@sec.gov
>
>*Attorney for Plaintiff, the Securities and Exchange Commission*