# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 10-cv-6420 |
| v. | ) ) | Hon. Thomas M. Durkin |
| ROBERT R. ANDERSON and ROSAND ENTERPRISES, INC., | ) ) ) ) | |
| Defendants. | ) | |

### SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR VOLUNTARY DISMISSAL OF ITS REQUESTS FOR MONETARY RELIEF AND ENTRY OF FINAL JUDGMENT AGAINST THE DEFENDANTS

The United States Securities and Exchange Commission respectfully moves for the voluntary dismissal of its requests for monetary relief, and for the entry of final judgment against the defendants. In a nutshell, the Commission has elected not to seek additional relief from the defendants, given that (1) defendant Anderson was sentenced to 68 months of incarceration in a related criminal action for the same underlying conduct, and (2) defendant Rosand Enterprises is a defunct corporate entity.

In support of this motion, the SEC states as follows:

1. On October 7, 2010, the SEC filed this action against defendant Anderson and his company, Rosand Enterprises. The SEC alleged that the defendants had operated a Ponzi scheme, defrauding at least 77 investors out of approximately $12 million.

2. That same day, the United States filed a criminal complaint against Anderson, alleging substantially the same conduct. *See United States v. Anderson*, 10-cr-859-1. He was later indicted, including four counts of wire fraud.

3. A few months later, the SEC and the defendants reached a bifurcated settlement. The defendants agreed to a permanent injunction, and agreed not to contest liability.

4. This Court issued a permanent injunction and entered judgment against the defendants on February 16, 2011. *See* Dckt. No. 19. At that point, the only remaining issue was the amount of monetary remedies. Each Judgment provided: "The Court shall determine the amounts of the disgorgement and civil penalty upon motion of the Commission." *Id.* at ¶ 4.

5. In the criminal action, defendant Anderson ultimately pled guilty to one count of wire fraud. On November 13, 2013, Hon. Sharon Johnson Coleman sentenced Anderson to a prison term of 68 months. *See* Ex. A. The Court also ordered restitution of over $4.6 million. *Id.* Anderson is scheduled to surrender to the Bureau of Prisons by June 6, 2014.

6. In light of the sentence in the parallel criminal action, the Commission has elected not to seek additional relief from defendant Anderson in this case.

7. The Commission also has elected not to seek additional relief from defendant Rosand Enterprises, the entity through which Anderson offered and sold securities. The State of Illinois dissolved its corporate registration on November 11, 2011, for failure to file an annual report. The company has no assets, and has not operated for several years.

8. The Commission respectfully requests the entry of final judgment against the defendants. *See* Exs. B & C. The proposed final judgments are the same as the prior Judgments entered by this Court (*see* Dckt. No. 19), except that they reflect the voluntary dismissal of the requests for monetary relief. *See id.* at ¶ 4. Other provisions – such as the permanent injunctions – remain the same.

WHEREFORE, for the foregoing reasons, the SEC respectfully moves for the voluntary dismissal of its requests for monetary relief and for the entry of final judgment against the defendants.

Dated: March 24, 2014                    Respectfully submitted,

/s/   Steven C. Seeger
Steven C. Seeger
Steven L. Klawans
Justin Delfino
U.S. Securities and Exchange Commission
175 West Jackson Boulevard, Suite 900
Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile:  (312) 353-7398
seegers@sec.gov
klawanss@sec.gov
delfinoj@sec.gov

*Attorneys for Plaintiff*
*U.S. Securities and Exchange Commission*