# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| SEC | ) | Case No: 10 C 6420 |
|  | ) |  |
| v. | ) |  |
|  | ) | Judge: Thomas M. Durkin |
|  | ) |  |
| Robert R. Anderson, et al | ) |  |
|  | ) |  |

## ORDER

Plaintiff's motion for voluntary dismissal of its requests for monetary relief and entry of final judgment against the defendants is granted. [41] Enter Final Judgment as to Robert Roy Anderson. Enter Final Judgment as to Rosand Enterprises, Inc. The 4/3/14 status date is vacated.

Date:   3/26/14                                             /s/ Thomas M. Durkin

